THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF THE BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, NORTHWEST IRONWORKERS RETIREMENT TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, and the NORTHWEST IRONWORKERS & EMPLOYERS APPRENTICESHIP & TRAINING TRUST FUND,<br><br>        Plaintiffs,<br><br>   v.<br><br>WESTERN REBAR CONSULTING, INC., d/b/a WESTERN INDUSTRIES, INC., a Washington corporation, Contractor's License No. WESTERC891KC, UBI No. 602620391, KIEWIT INFRASTRUCTURE WEST CO., and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERCA, Bond No. 106867969,<br><br>        Defendants. | CASE NO. C20-1625-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the stipulated notice of dismissal filed by

MINUTE ORDER
C20-1625-JCC
PAGE - 1

Plaintiffs and Defendants Kiewit Infrastructure Co. and Travelers Casualty and Surety Company of America (Dkt. No. 7). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, the parties nevertheless request that the Court enter a proposed order filed with their stipulation. The parties have stipulated to dismissing all claims with prejudice and the stipulation is signed by all parties who have appeared. (*See* Dkt. No. 7.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the stipulation is self-executing. Plaintiffs' notice of voluntary dismissal of Defendant Western Rebar Consulting, Inc. (Dkt. No. 8) is also self-executing. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Therefore, all claims in this action against Defendants Kiewit Infrastructure Co. and Travelers Casualty and Surety Company of America are DISMISSED with prejudice, and all claims against Defendant Western Rebar Consulting, Inc. are DISMISSED without prejudice, without costs to any party and with each party to bear its own attorney fees and other litigation expenses. The Clerk is DIRECTED to close this case.

DATED this 21st day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
